# Holland & Knight

50 North Laura Street, Suite 3900 | Jacksonville, FL 32202 | T 904.353.2000 | F 904.358.1872
Holland & Knight LLP | www.hklaw.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2021

Frank E. Morreale
+1 904-798-5466
Frank.Morreale@hklaw.com

**MEMO ENDORSED**

December 15, 2021

The Honorable Valerie Caproni, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re: *Surgical Specialists of Greater New York v. Blue Cross and Blue Shield of Florida, Inc.*, d/b/a Florida Blue; Case No. 1:21-cv-09702-VEC
(S.D.N.Y. filed Nov. 29, 2021)

Dear Judge Caproni:

    We represent defendant Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue ("Florida Blue") and write pursuant to Rule 2.C of Your Honor's Individual Rules of Practice in Civil Cases to request: (a) an extension of time to answer or otherwise respond to the complaint, (*see* Dkt. # 1), beyond the current deadline of December 27, 2021; and (b) an adjournment of the initial pretrial conference scheduled for January 14, 2022 at 2:30 p.m. (*See* Dkt. # 5.)

    Florida Blue requests an extension of the original deadline to respond to the complaint for 16 days until Wednesday, January 12, 2022 to allow Florida Blue to conduct a reasonable factual investigation and explore settlement with Plaintiff after the holiday season. Florida Blue requests an adjournment of the initial pretrial conference until Friday, January 28, or Friday, February 11, 2022 to allow the parties a reasonable time after Florida Blue has filed its response to the complaint to prepare a joint proposed Case Management and Scheduling Order and a joint letter.

    There have been no prior requests for adjournments or extensions of time. This request is made with the consent of Plaintiff's counsel.

                                       Respectfully submitted,

                                       Frank Morreale

cc: Jacob E. Lewin, Esq. (plaintiff's counsel)

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland | San Francisco
Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Application GRANTED.

Defendant's time to answer, move, or otherwise respond to the complaint is adjourned to **Wednesday, January 12, 2022**.

The initial pre-trial conference, currently scheduled for Friday, January 14, 2022 at 2:30 P.M., is adjourned to **Friday, January 28, 2022 at 10:30 A.M.**  Pre-conference submissions are due no later than **Thursday, January 20, 2022**.  For the conference dial in information and a description of the pre-conference submission requirements, the parties should consult the Court's order at docket entry 5.

SO ORDERED.

Date: December 15, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE